

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BEA HUML, | § | |
| Appellant, | § | No. 08-13-00071-CV |
| v. | § | Appeal from the |
| BEVERLY MITRISIN, INDIVIDUALLY, and JACK O'BOYLE, ESQ., | § | 171st District Court |
| Appellees. | § | of El Paso County, Texas |
| | § | (TC# 2012DCV06334) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the summary judgment orders. We therefore affirm the judgments of the court below. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF AUGUST, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Larsen, Senior Judge
Larsen, Senior Judge (Sitting by Assignment)